UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN COFFEY,

           Plaintiff,

                                                File no: 2:22-cv-18

v.

                                                HON. ROBERT J. JONKER

CITY OF FREEPORT, et al.,

           Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 5, 2023 (ECF No. 6).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. ' 636(b)(1)(C).1

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** under 28 U.S.C. § 1915€(2)(B) as frivolous and for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that to the extent Plaintiff seeks to assert state law claims, the Court declines to exercise supplemental jurisdiction.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

---

1 The Plaintiff moved twice for an extension of time to file objections to the Report and Recommendation (ECF Nos. 7, 9). The motions were granted (ECF Nos. 8, 10). The Order granting the second extension was mailed to Plaintiff at the address she confirmed in her first motion for extension (ECF No. 7). The Order was returned to the Court with the notation "Return to Sender. Not Deliverable as Addressed. Unable to Forward."

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. ' 1915(a)(3).

Dated:   <u>March 27, 2024</u>              <u> /s/ Robert J. Jonker              </u>
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE