UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN COFFEY,

    Plaintiff

v.

    File no: 2:22-cv-18

    HON. ROBERT J. JONKER

CITY OF FREEPORT, et al.,

    Defendants.

_____/

## **JUDGMENT**

**JUDGMENT** is entered in favor of Defendants.

Date: March 26, 2024

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE