UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN COFFEY,

      Plaintiff

v.

CITY OF FREEPORT, et al.,

      Defendants.
      _____/

File no: 2:22-cv-18

HON. ROBERT J. JONKER

## **JUDGMENT**

**JUDGMENT** is entered in favor of Defendants.

Date: March 27, 2024

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE